UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 24-4074 (MJS) |
| v. | : | |
| JEFFRY TORRES COLON | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that ELISA T. WIYGUL, Assistant United States Attorney (elisa.wiygul@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

> TODD BLANCHE
> U.S. Deputy Attorney General
>
> ALINA HABBA
> Acting United States Attorney
> Special Attorney
>
> /s/ Elisa T. Wiygul
> ELISA T. WIYGUL
> Assistant United States Attorney

Dated: October 6, 2025